UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61827-RAR

**DONNAHUE GEORGE**,

    Plaintiff,

v.

**WILLIAM SNYDER**, **WESTWAY TOWING, FORT LAUDERDALE CODE ENFORCEMENT, and JOHN DOE**,

    Defendants.

_____/

## ORDER STRIKING MOTIONS

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On October 21, 2019, Plaintiff filed an Amended Complaint against Defendants William Snyder, Westway Towing, Fort Lauderdale Code Enforcement, and John Doe [ECF No. 11]. Defendants filed separate Motions to Dismiss the Amended Complaint [ECF Nos. 34, 35]. Per the Court's Policies and Procedures posted on the United States District Court for the Southern District of Florida website, the undersigned does not permit the filing of separate motions, unless there are clear conflicts of positions. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss [ECF Nos. 34, 35] are hereby **STRICKEN**. Defendants shall file either a joint response, or separate answers by no later than December 31, 2019.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of December, 2019.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**